UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
IRVIN DAVIDSON,               )
        Plaintiff,            )
                              )
     v.                       )   Civil Action No.
                              )   06-288 (GK)
INTERNAL REVENUE SERVICE,     )
                              )
        Defendant.            )
_____ )
```

### O R D E R

On February 16, 2006, Plaintiff filed this action <u>pro se</u> seeking various "documents, records, and information" pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a. <u>See</u> Compl. ¶ 1. To date, Plaintiff has failed to effect service of process on Defendant or to otherwise move the above-captioned case forward. When, as here,

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, it is hereby

**ORDERED** that Plaintiff show cause no later than **July 16, 2006**, why the Complaint should not be dismissed for failure to prosecute.

If Plaintiff fails to respond on or before that date, the Complaint will be dismissed without prejudice.

June 15, 2006

/s/
Gladys Kessler
United States District Judge

**Copies to: attorneys on record via ECF and**

**IRVIN DAVIDSON**
**40 Pleasant Ridge Drive**
**New Hempstead, NY 10977**