UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRVIN DAVIDSON,
       Plaintiff,

v.                             Civil Action No.
                                  06-288 (GK)

INTERNAL REVENUE SERVICE,
       Defendant.
————————————————X

**RECEIVED**
JUL 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RESPONSE TO ORDER

    I, Irvin Davidson, pro se, respectfully respond to the Order of the Honorable Gladys Kessler dated 15th June, 2006 to show cause why the Complaint should not be dismissed without prejudice.

1.   I received the said Order (together with copies with my complaint and attached exhibits) on 5th July, 2006. For reasons that I cannot understand, these documents were sent to me at 40 Pleasant Ridge Drive, New Hempstead New York 10977--an address that has not been used by me for some time and which is <u>not</u> that which I stipulated either in my letters to the Clerk of the Court, nor in the Summons I attached to my papers for filing.

2.   The history of this matter is as follows:-

(a)  On or about 15th July, 2005 I sent by certified mail my Complaint, Summons and relevant papers to the Clerk of the Court for filing and service; a copy of the covering letter is enclosed. (Please note my address is given as 443, Greenwich Street, New York New York 10013). Despite confirmation by

the Post Office the package had been delivered, the office of the Clerk of the Court disclaimed any knowledge of the papers.

(b) Consequently, I resubmitted the papers which were filed on 16th February, 2006, a copy of my letter dated 21st September, 2005 is enclosed. Please note the Greenwich Street address.

(c) As indicated, on both my letters to the Clerk of the Court my address is given as 443 Greenwich Street, it was also so given on the Summons I completed for service, and I requested service be effected on the IRS and the Secretary of the Treasury at the addresses set out in my letters, which were replicated on the Summonses.

(d) On 2nd March, 2006, I wrote to the IRS reminding them of their obligation to respond timely (copy enclosed).

(e) Until now I have received no communication from either the IRS, the Treasury or the Court; not even a copy of the local Rules as requested.

(f) Upon perusing the paperwork I have now received I see that my request to serve the papers on the IRS and Treasury contained in both my letters and in my completed Summonses was ignored by the Clerk's Office who (apparently on their own initative) wrote out a new Summons changing the address I gave from Greenwich Street, New York to Pleasant Ridge Drive, New Hempstead. They also changed the Defendants and their respective addresses from the IRS and Secretary of the Treasury to "U.S. Attorney 501-3rd Street NW Washington D.C. 20001" by pre-inked stamp, and to the "U.S. Attorney General, DOJ 950 Pennsylvannia Ave. NW Washington DC 20530".

My understanding is the addresses and persons to be served I set out are correct, in which case I do not comprehend the unilateral action of the Clerk's Office (of which I received no notice). In the event that the U.S. Attorney General and the U.S. Attorney of Washington D.C were indeed the correct persons to be served, then they appear to have been served by the Court and are thus in default. In any event, my not being notified has added yet another six months delay to my six year quest for documents to which I am entitled under FOIA.

3. I am serving the IRS and Secretary of the Treasury by Federal Express, and I am altering the Summonses to reflect the correct addresses.

4. In the above premises, I respectfully request Your Honor not to dismiss the Complaint. On the contrary I respectfully renew my request for an expedited hearing.

Respectfully,

Irving Davidson
Plaintiff Pro Se
C/O 443 Greenwich Street
Suite 6E
New York NY 10013

7th July, 2006

Clerk, Pro-se office,
U.S. District Court,
District of Columbia,
333, Constitution Ave. N.W
Washington, DC., 20001

c/o J. Mitchell, suite
443, Greenwich St., 6E,
New York, N.Y. 10013

7 July '05

Dear Sir / Madam,

1. DAVIDSON imw V IRS.

Kindly find enclosed for filing the following:-

(a) Complaint (4)
(b) Summons (3) +
(c) Affidavit (4)
(d) Exhibits ID 1-25 (4)

A list describing the exhibits is appended hereto.

Would you be kind enough to:
(a) file the documents
(b) serve one copy of the Complaint, affidavit and exhibits on (1) Director,
Internal Revenue Service,
111, Constitution Avenue, N.W.
Washington, D.C. 20224

(2) Secretary of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

(c) please send me a copy of the local rules
(d) please advise me of the amount of court/filing fees

/P.T.O

so I may pay the same.

Thank you for your help in this matter,

Yours sincerely,

I. DAVIDSON

Encs.

Clerk of the Court,
(Pro-se office),
US District Court,
District of Columbia,
333, Constitution Ave., N.W.,
Washington, D.C. 20001

c/o J. Mitchell [Suite 6E]
443, Greenwich St.,
New York, N.Y. 10013

21st Sept. '05

Dear Sir / Madam,

### I. DAVIDSON v I.R.S.

Kindly find enclosed for filing the following:-
(a) Complaint (4)
(b) Summons (4)
(c) Affidavit (4)
(d) Exhibits ID 1-25 (4).

A list describing the exhibits is also enclosed. Would you be good enough to:-
(a) file the documents
(b) serve one copy of the Summons, Complaint, Affidavit and exhibits on the following persons.

(1) Director,
Internal Revenue Service,
111, Constitution Avenue, N.W.
Washington, D.C. 20224

(2) Secretary of the Treasury,
1500, Pennsylvania Avenue, N.W.,
Washington, D.C. 20220

(c) please send me a copy of the local rules.

All the above were sent to you previously by certified mail on 15, July, 2005 and, according to the U.S. Postal Service, received by you. However, the papers were not filed or served, nor did I receive them back. Since this is a time sensitive law suit, your expeditious attention to this matter would oblige.

Yours sincerely,

I. DAVIDSON

P.S. Cheque for filing fee enclosed

Director,
IRS,
111, Constitution Ave. N.W.
Washington, D.C., 20224

c/o J. Mitchell,
443 Greenwich St.,
Suite 6E,
New York,
N.Y. 10013

2nd. March, '06

Dear Sir:

<u>I. DAVIDSON v I.R.S.</u>
<u>1:06-cv-00288-GK</u>

Please ensure your Answer in the above-captioned Complaint is served on me within the required time frame at:

c/o J. Mitchell,
443, Greenwich Street,
Suite 6E
New York,
N. York, 10013.

Yours etc.

I. DAVIDSON, IMWI
PLAINTIFF, PRO-SE.