UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRVIN DAVIDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No.<br>06-288 (GK) |

## O R D E R

On February 16, 2006, Plaintiff filed this action pro se seeking various "documents, records, and information" pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a. See Compl. ¶ 1. On June 15, 2006, because Plaintiff had not effected service of process on Defendant within 120 days after filing their Complaint, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute.

Upon consideration of Plaintiffs' Response dated July 7, 2006, the Court is satisfied that good cause exists for Plaintiff's failure to effect service of process to date.

Accordingly, it is hereby

**ORDERED** that the Court's June 15, 2006 Order is **vacated**; it is further

**ORDERED** that the Clerk of the Court shall correct the docket to reflect Plaintiff's proper address, 443 Greenwich Street, Suite

6E, New York, NY 10013, and direct all future correspondence to him at that address; it is further

**ORDERED** that the Clerk of the Court shall provide a copy of this Court's Local Rules with this Order; and it is further

**ORDERED** that Plaintiff shall have an additional 120 days, or until **January 4, 2007**, to effect service of process on Defendant. If Plaintiff fails to effect service on or before that date, the Complaint will be dismissed without prejudice.

Plaintiff should note that because he is not proceeding in forma pauperis, he is solely responsible for serving a summons and copy of the Complaint upon Defendant. See Fed. R. Civ. P. 4(c). Accordingly, the Court advises Plaintiff to review the Federal Rules of Civil Procedure, especially Rule 4, in order to familiarize himself with the steps he must take to move his case forward.

Sept 7, 2006
Date

Gladys Kessler
United States District Judge

Copies to: attorneys on record via ECF and

Irvin Davidson
443 Greenwich Street, Suite 6E
New York, NY 10013

2