CLERK OF COURT                                    IRVIN DAVIDSON
US DISTRICT COURT                          C/O J. MITCHELL
DISTRICT OF COLUMBIA                   443, GREENWICH ST.
3rd. & CONSTITUTION AVE N.W     NEW YORK, N.Y. 10013
WASHINGTON DC 20001                   14 DECEMBER '06

Dear Sir/Madam:

**RECEIVED**
JAN 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IRVIN DAVIDSON v IRS**

CASE # 1:06 CV 00288
JUDGE: HON. GLADYS KESSLER

**CERTIFICATE OF SERVICE**

I, Irvin Davidson Pro-se Plaintiff declare under penalty of perjury that the summons and complaint together with relevant affidavit and exhibits were served on the Defendant as follows:-

US Attorney District of Columbia
555 4th. St N.W. Washington DC 20001

and the Attorney General of the United States
10th. & Constitution Avenue NW    Room 5111
Washington DC 20530

by being mailed by express international mail on this date.

Please note, according to my understanding of court records the aforementioned papers were served by the Court on the above in February 2006.

(Signed) [signature]

IRVIN DAVIDSON
PRO-SE PLAINTIFF

Clerk of Ct
US District Ct
District of Columbia
3rd Constitution Ave N.W.
Washington DC 20001

Irvin Davidson
c/o J M Mitchell
663 Greenwich St
Suite 6E
New York, NY
10013

19 December '06

**RECEIVED**
JAN 8 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Sir/Madam,

Irvin Davidson v IRS
Case # 1:06 CV00288
Judge: Hon. G. Kessler

### CERTIFICATE OF SERVICE

I, Irvin Davidson, Pro-se, Plaintiff declare under penalty of perjury that copies of the summons and complaint together with affidavit and exhibits were served for the SECOND TIME on the Defendant as follows:-

Director
Internal Revenue Service
1111 Constitution Ave NW
Washington DC 20220
USA

by being mailed by express international mail on this date. (The defendant has already been served in July '06)

(Signed)

I. Davidson
Pro-Se Plaintiff