IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IRVIN DAVIDSON | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-cv-00288-GK |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Pat S. Genis in the above-referenced case.

DATE: February 6, 2007                    Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6390/514-6866
Email: Pat.S.Genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2208101.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiff *pro se* on February 6, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Irvin Davidson
*Plainitff pro se*
443 Greenwich Street
New York, NY 10013

　　　　　　　　　　　　/s/ Pat S. Genis
　　　　　　　　　　　　PAT S. GENIS, #446244