UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRVIN DAVIDSON,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 06-288 (GK) |
| **INTERNAL REVENUE SERVICE,** | : |
| **Defendant.** | : |

**O R D E R**

This matter is now before the Court upon Defendant's Motion to Dismiss [Dkt. No. 7]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to the Motion to Dismiss no later than **April 25, 2007.** If Plaintiff fails to respond, or to request additional time in which to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

March 21, 2007

/s/
Gladys Kessler
U.S. District Judge

**Copies to:** attorneys on record via ECF and

IRVIN DAVIDSON
443 Greenwich Street , Suite 6E
New York, NY 10013