U.S.DISTRICT COURT
District of Columbia

IRVIN DAVIDSON
    Plaintiff

v )
)
)

INTERNAL REVENUE SERVICE     DOCKET NO;1:06-cv-00288-GK

    Defendant
)
)
)
)

**RECEIVED**

APR 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S RESPONSE TO I.R.S.' MOTION TO DISMISS COMPLAINT

Pursuant to the Order entered by the Hon.Gladys Kessler,the Plaintiff herewith responds to the Defendant's Motion to dismiss the Complaint.

As can readily be seen by even a cursory perusal of the Plaintiff's motion,I have been endeavouring to obtain records from the IRS to which I am entitled (and it is significant that nowhere in its moving papers does the Defendant remotely suggest that I am not entitled to these documents) for more than seven years.The IRS has thwarted these attempts at every turn ,and the motion introduced by the Defendant is another example of this.The IRS has an obligation under the law,Plaintiff seeks no more than that to which he is entitled.The historyof the Defendant's endless prevarications is set out in the Complaint with attached affidavit and exhibits,and the Plaintiff relies upon the substance of those papers and respectfully draws the Court's attention to them.

PROCEDURAL BACKGROUND:
The honourable Court is respectfully referred to the case docket sheet,which reflects the following:-

1]On 16 February,2006 a complaint (with attached exhibits)was filed by the Plaintiff

2]On 16 February,2006 summonses were issued by the Court as to Internal Revenue Service,US Attorney and U.S.Attorney General

3]Without explanation the IRS, US Attorney's office andUS Attorney General's office reurned all papers to the Plaintiff,without explanation--but to the wrong address.(See Plaintiff's response Docket entry#3,14 July,2006)

4]Pursuant to the Court's Orderthe Plaintiff re-served the papers by express International Mail

ARGUMENT:

The history of this saga is that virtually every sentient being in the Western Hemisphere has been served at least once and additionally notified with all papers relevant to this action.

The substance,if such there be,of the Defendant's argument is that:-

(a)the IRS and Attorney Generals 'Office have not received the papers;or if they have received them they were not properly served

(b)a question might be raised if whether part of the action might be time-barred

The Plaintiff respectfully directs the Court's attention that,as reflected in the Docket entry,the IRS,the U.S.Attorney and the U.S.Attorney General were all served by officers of the Court on16 February,2006.This itself is dispositive of the Defendant's motion and arguments.

However,in addition,after the Court's Order of September,2006 ,I myself (being the pro-se Plaintiff) spoke to Pat Genis and obtained the names and addresses of all parties she contended should be served.(Pat Genis is the Defendant's attorney of record).Two of the parties' documents were mailed contemporaneously on 14 December,2006 by express international mail,the third party being also served by express international mail on 19 December,2006.Miss Genin in her moving papers acknowledges receipt,there is no reason to suppose the IRS and US District Attorney also did not receive their copies.As the honourable Court is only too well aware,according to the Federal Rules of Civil Procedure,service is effected by placing the documents in an official receptacle of the Post Office.This was done,in Miss Genin's case on 14 December,2006;thus her statement that the Attorney General's office was not "served",rather than the papers being received,on that date is inaccurate.All parties were validly served.

With respect to the risible (but one suspects tongue-in-cheek) argument that I <u>myself</u> somehow served the defendants,thus disqualifying service.A view of the Plaintiff's own motion papers(Clause 1),demonstrates that the Cerificate of Service indicates the papers were sent by international mail.Thus the POST OFFICE,not the Plaintiff,effected service.Were the Defendant's specious argument to have any merit,then no papers served by an Attorney placing them in the Post Box would be valid service!This runs contrary to the Federal Rules of Civil Procedure and,of course,common sense.(I suppose were I to be an employee of the Post Office and delivered the papers qua employee,an argument of interest might be raised.But even the IRS does not(yet) contend that is the case here)

Finally,the Defendant's suggestion that part of the action is time barred is not only wrong,but breath-taking in its audacity.The law provides for a reasonable period.The Plaintiff endeavoured to commence his action in July,2005 by sending all papers to the Court by certified mail,but in any event, certainly within a reasonable time of the last action(or non-action) of the Defendant.The Court is respectfully referred to the Plaintiff's Affidavit in support of the Complaint.The argument of laches now,desparately,raised by the Defendant is a classic example of the hackneyed definition of "chutzpah":-a man who confesses to murdering his parents asking for clemency on the grounds he is an orphan!!
The IRS have delayed,prevaricated,lied,obfuscated and obstructed matters.They have never responded in substance to (and for years failed even to acknowledge)a very simple,straight forward request.

I respectfully ask the Court to assist me in making the IRS live up to their legal responsibilities.I would respectfully point out that the IRS,US Attorney and US Attorney General MUST have received the papers in February,2006 otherwise how could they reurn them to me??I respectfully reserve the right to address this issue in terms of a default or summary judgement motion.I would also respectfully draw the Court's atention that the Defendant did not respond to the summons (on the second service) until 73 days after service.Thus the motion is out of time.

If the Court does not accept that:-

a)all necessary parties were served by Court officers in February,2006--as reflected in the docket sheet
or
b)they were validly re-served in December,2006 by express international mail

may I respectfully request the honourable Court to issue an Order directing
1]to whom,additionally(if anyone) Ishould serve copies of the papers and at which address(es)

2]by what method service should be effected(bearing in mind I am currently not in the USA)
e.g.Fedex,International Mail

3]allowing me 21 days to effect such service from time of my receipt of such Order


Respectfully submitted,

.Irvin Davidson
Pro-Se Plaintiff
c/o 443,Greenwich St.Suite 6E),
New York,N.Y.10013
24 April,2007