IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IRVIN DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:06-cv-00288-GK |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## INTERNAL REVENUE SERVICE'S REPLY

Plaintiff alleges that he served the United States. The Internal Revenue Service relies upon its motion to dismiss and accompanying brief asserting that plaintiff failed to serve the Attorney General, and that plaintiff, himself – a party -- ineffectively attempted to serve the United States Attorney for the District of Columbia.1/

---

1/ Plaintiff incorrectly claims that the "IRS, the U.S. Attorney and the U.S. Attorney General were all served by officers of the Court on 16 February, 2006." (Opp. at 2.) He also refutes as "not only wrong, but breath-taking in its audacity" an argument that the Internal Revenue Service did not make; namely, that part of his action is time barred. (*Id*.)

2424947.1

For the reasons stated in its motion and brief, the Internal Revenue Service asks this Court to grant its motion to dismiss plaintiff's complaint.

DATE: April 26, 2007.                    Respectfully submitted,

                                            /s/ Pat S. Genis
                                         PAT S. GENIS, #446244
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         Post Office Box 227
                                         Washington, DC  20044
                                         Tel./FAX:  (202) 307-6390/614-6866
                                         Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
Internal Revenue Service Attorney

CERTIFICATE OF SERVICE

     IT IS CERTIFIED that the Internal Revenue Service's REPLY was served upon plaintiff *pro se* on April 26, 2007 by depositing a copy in the Internal Revenue Service' mail, postage prepaid, addressed as follows:

>Irvin Davidson
>*Plaintiff pro se*
>c/o J. Mitchell
>443 Greenwich Street, Suite 6E
>New York, NY 10013

           /s/ Pat S. Genis
           PAT S. GENIS, #446244