UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**IRVIN DAVIDSON,**            )
                               )
      **Plaintiff,**         )
                               )
  **v.**                         )   Civil Action No. 06-288 (GK)
                               )
**INTERNAL REVENUE SERVICE**   )
                               )
      **Defendant.**         )
_____)

**O R D E R**

Defendant filed a Motion to Dismiss Complaint [Dkt. No. 7] on March 5, 2007, which became ripe on April 26, 2007.  Plaintiff is proceeding pro se in this matter.

Plaintiff filed his Complaint on February 16, 2006 and failed to effect service of process within the required 120-day time period.  On September 7, 2006, this Court issued an Order granting Plaintiff a 120-day extension to effect service of process.  In that Order, the Court specifically advised Plaintiff "to review the Federal Rules of Civil Procedure, especially Rule 4, in order to familiarize himself with the steps he must take to move his case forward."  September 7, 2006 Order at 2.

As Defendant argues in its Motion to Dismiss, Plaintiff has failed to properly effect service as required by Rule 4.  The arguments Plaintiff sets out in his Opposition for his failure to properly effect service have no merit.  Specifically, Plaintiff himself served the Complaint in contravention of Rule 4(c)(2).  In

addition, Plaintiff failed to use certified or registered mail to effect service, as required by Rule 4(i).  Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Complaint [Dkt. No. 7] is hereby **granted** and the Complaint is **dismissed.**

The parties should note that no live claims remain in this case; therefore this is a final appealable Order subject to Federal Rule of Appellate Procedure 4.  See Fed. R. App. P. 4.

June 29, 2007                                   /s/
                                                Gladys Kessler
                                                United States District Judge


**Copies to**: **attorneys on record via ECF and**

**Irvin Davidson**
40 Pleasant Ridge Drive
New Hempstead, NY 10977